No. 74–1560. UNITED STATES v. MARTINEZ-FUERTE ET AL. C. A. 9th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. Motion to strike portions of petition denied.

No. 74–1589. GENERAL ELECTRIC Co. v. GILBERT ET AL.; and

No. 74–1590. GILBERT ET AL. v. GENERAL ELECTRIC Co. C. A. 4th Cir. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 519 F. 2d 661.